# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                                    Case No.

**Zephyr Hospitality LLC**

FILED
MAR 05 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

_____     Debtor(s).          /

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __1__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **February 18, 2026**

_____
Signature of Debtor's Attorney or Pro Per Debtor

City of Eureka
531 K Street
Eureka, CA 95501


FinPoint
226 West 37th Street
New York, NY 10018


Humboldt Social Club Inc
100 Main Street
Scotia, CA 95565


Last Chance Funding, Inc.
3000 Marcus Avenue
Suiite 2W15
New Hyde Park, NY 11042


Michael Reinman
89 E 15th Street
Arcata, CA 95521


Reliance Financial FL, LLC
9600 Koger Blvd N, Suite 236
Saint Petersburg, FL 33702


RREDC Redwood Regional Economic Developm
325 2nd Street
Suite 203
Eureka, CA 95501


SBMC International LTD
1313 N Milpitas Blvd
Suite 133 C
Milpitas, CA 95035