Debtor name ___ZEPHYR HOSPITALITY LLC___

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): ___26 - 10132___

FILED
MAR 20 2026 m
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CITY OF EUREKA 531 K ST EUREKA CA 95501 | UNKNOWN | COMMERCIAL WASTE ARREARS | | | | 55,000 |
| 2 | RELIANCE FUNDING 333 PEARSALL AVE SUITE 130 CEDARHURST NY 11516 | UNKNOWN | MERCHANT CASH ADVANCE | | | | 22,000 |
| 3 | FINPOINT 1 MAIDEN LN 5TH FLOOR NEW YORK NY 10038 | UNKOWN | MERCHANT CASH ADVANCE | | | | 22,000 |
| 4 | UCF 3000 MARCUS AVE STE 2W15 NEW HYDE PARK NY 11042 | UNKOWN | MERCHANT CASH ADVANCE | | | | 31,000 |
| 5 | REDWOOD REGION ECONOMIC DEVELOPMENT COMMISSION 325 2ND ST. STE 203 EUREKA CA 95501 | | BUSINESS LOAN ASSUMED | | | | 68,000 |
| 6 | SBMC INTERNATIONAL LTD 1313 MILPITAS BLVD SUITE 133 C. MILPITAS CA | | BUSINESS LOAN | | | | 17,000 |
| 7 | MIKE RENMAN ADDRESS UNKOWN | | BUSINESS LOAN | | | | 5,000 |
| 8 | | | | | | | |

ALL AMOUNTS LISTED ARE ESTIMATES BASED ON DEBTOR'S CURRENT KNOWLEDGE AND
ARE SUBJECT TO RECONCILIATION AND AMENDMENT.

Case: 26-10132   Doc# 18   Filed: 03/20/26   Entered: 03/20/26 16:05:57   Page 1 of 1