ROBERT N. BLACK, ESQ. (SBN 70178)
CITY ATTORNEY (*rblack@eurekaca.gov*)
GREGORY M. HOLTZ, ESQ. (SBN 293280)
DEPUTY CITY ATTORNEY (*gholtz@eurekaca.gov*)
City of Eureka
531 K Street
Eureka, CA 95501
Telephone: (707) 441-4147

Attorneys for City of Eureka

Not subject to filing fees pursuant to
Government Code Section 6103

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| In Re: | Case No. 26-10132 |
| | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| ZEPHYR HOSPITALITY, LLC,<br>Debtor. | |

I, the undersigned, am employed in the City of Eureka, County of Humboldt, State of California, in the Office of the City Attorney, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address if 531 K Street, Eureka, California 95501, that on the date set out below, I served a copy of the following documents:

1. RELIEF FROM STAY;

2. MOTION FOR RELIEF FROM STAY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;

Case: 26-10132   Doc# 27   Filed: 03/23/26   Entered: 03/23/26 15:32:20   Page 1 of 3

3. NOTICE OF HEARING; MOTION FOR RELIEF FROM STAY; and

4. DECLARATION OF MILES SLATTERY IN SUPPORT OF CITY OF EUREKA'S MOTION FOR RELIEF FROM STAY

**By United States Mail**

On March 23, 2026, I placed a true and correct copy of the above-referenced documents in a sealed envelope with postage fully prepaid and deposited it in the United States Mail at Eureka, California, addressed to each party listed below.

Zephyr Hospitality LLC
900 New Navy Base Road
Samoa, CA 95564-9518
*(Debtor PRO SE)*

Gina R. Klump
Gina R. Klump, Trustee
11 5th Street, Suite 102
Petaluma, CA 94952-3097
*(Trustee)*

Office of the U.S. Trustee/SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
*(U.S. Trustee)*

Paul Gregory Leahy
Office of the United States Trustee
280 South First Street
Room 268
San Jose, CA 95113
*(Assigned)*

U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612-1426
*(Bankruptcy Court)*

FinPoint
226 West 37th Street
New York, NY 10018-6605
*(Creditor)*

Last Chance Funding, Inc.
3000 Marcus Ave., Suite 2W15
Lake Success, NY 11042-1005
*(Creditor)*

Last Chance Funding, Inc.
3000 Marcus Ave., Suite 2W15
New Hyde Park, NY 11042-1005
*(Creditor)*

Humboldt Social Club Inc.
100 Main Street
Scotia, CA 95565
*(Creditor)*

Michael Reinman
89 E 15th Street
Arcata, CA 95521-6001
*(Creditor)*

Reliance Financial FL, LLC
9600 Koger Blvd. N, Suite 236
St. Petersburg, FL 33702-2467
*(Creditor)*

SBMC International LTD
1313 N Milpitas Blvd., Suite 133C
Milpitas, CA 95035-3192
*(Creditor)*

Case: 26-10132   Doc# 27   Filed: 03/23/26   Entered: 03/23/26 15:32:20   Page 2 of 3

Thrive Wellness Medical Group
770 11th Street
Arcata, CA 95521-5838
*(Creditor)*

RREDC Redwood Regional Economic Development
325 2nd Street, Suite 203
Eureka, CA 95501-0591
*(Creditor)*

I declare under penalty of perjury that the foregoing is true and correct. Executed at Eureka, California, on March 23, 2026.

By: _Christine Lopez_
Christine Lopez
Records Coordinator & Paralegal
City of Eureka

Case: 26-10132    Doc# 27    Filed: 03/23/26    Entered: 03/23/26 15:32:20    Page 3 of 3