# Notice Recipients

District/Off: 0971−1    User: admin    Date Created: 3/30/2026
Case: 26−10132    Form ID: pdfeoc    Total: 3

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
Nicole Fryer    900 New Navy Base Road    Samoa, CA 95564
Nicole Fryer    2234 Union Street    Eureka, CA 95501

TOTAL: 2