ROBERT N. BLACK, ESQ. (SBN 70178)
CITY ATTORNEY (*rblack@eurekaca.gov*)
GREGORY M. HOLTZ, ESQ. (SBN 293280)
DEPUTY CITY ATTORNEY (*gholtz@eurekaca.gov*)
City of Eureka
531 K Street
Eureka, CA 95501
Telephone: (707) 441-4147

Attorneys for Creditor City of Eureka

Not subject to filing fees pursuant to
Government Code Section 6103

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

In Re:

ZEPHYR HOSPITALITY, LLC,
    Debtor.

Case No. 26-10132

Chapter 11

**AMENDED NOTICE OF HEARING: MOTION FOR RELIEF FROM STAY**

Case Filed:    March 5, 2026
Hearing Date:  May 5, 2026
Hearing Time:  9:30 a.m.
Place:   U.S. Courthouse
1300 Clay Street, Courtroom 220
Oakland CA 94612

Hon. William H. Lafferty

PLEASE TAKE NOTICE that on May 5, 2026 at 9:30 a.m., in Courtroom 220 of the United States Bankruptcy Court for the Northern District of California, located at 1300 Clay Street, Oakland CA 94612 or by Zoom, or as soon thereafter as the matter may be heard by the Court, Creditor the CITY OF EUREKA, a California Municipal Corporation ("City"), will be appearing to request relief from the automatic stay under 11 U.S.C § 362(d). The hearing will be held in person but parties may attend by Zoom Webinar/AT&T Teleconference. Additional information is available on Judge Lafferty's Procedures page on the court's website. Information on how to attend the hearing by

Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Lafferty's Calendar on the court's website.

The evidence presented will include the memorandum of points and authorities, attached hereto and filed herewith, the attached declaration, and such documentary, oral evidence, and argument as will be presented to the Court at the hearing. You are advised to appear personally or by counsel at the hearing.

Dated: March 30, 2026

_____
Gregory M. Holtz
Deputy City Attorney
City of Eureka