UNITED STATES BANKRUPTCY COURT

Northern District of California

In re:

Zephyr Hospitality LLC

Case No.: 26-10132



FILED

APR 01 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## MONTHLY OPERATING REPORT

Reporting Period: March 1, 2026 – March 25, 2026

## 1. Income

Total Revenue: $6,000

## 2. Expenses

Operating Expenses: A· proximately $1,000 per week

Estimated Total Expenses to Date: $3,000

## 3. Payroll

Payroll has been paid and remains current.

## 4. Cash Position

Cash on Hand: $6,500

## 5. Taxes

Payroll taxes are current and have been paid in compliance with court requirements.

Sales tax (CDTFA), TOT, and property tax obligations are being tracked and are in the process of being brought current, with payments scheduled.

## 6. Summary

The Debtor remains operational and continues to generate revenue while maintaining payroll and managing expenses. The Debtor is actively working to bring all reporting and tax obligations into compliance with Chapter 11 requirements and is stabilizing operations.

Dated: March 25, 2026

/s/ Nicole R. Fryer

Nicole R. Fryer

Debtor, Zephyr Hospitality LLC

Case: 26-10132   Doc# 35   Filed: 04/01/26   Entered: 04/01/26 14:34:45   Page 3 of 3

**Redwood Capital Bank**

P.O. Box 1401 Eureka, CA 95502 · TEL 707.444.9800

**CASHIER'S CHECK**

90-43752 / 1211   No. **054414**

March 3, 2026

$ *********2,650.00

Pay to the Order of   CITY OF EUREKA

Two Thousand Six Hundred Fifty Dollars AND 00/100

Dollars

AUTHORIZED SIGNATURE

REMITTER   ZEPHYR HOSPITALITY LLC

⑆054414⑆ ⑆121143752⑆ 980000000 1⑈

---

**Redwood Capital Bank**

P.O. Box 1401 Eureka, CA 95502 · TEL 707.444.9800

PURCHASER'S RECEIPT – RETAIN FOR YOUR RECORDS

**CASHIER'S CHECK**

90-43752 / 1211   No. **054414**

CITY OF EUREKA

March 3, 2026

Two Thousand Six Hundred Fifty Dollars AND 00/100

NON NEGOTIABLE   *********2,650.00

NOTICE TO CUSTOMERS—THE PURCHASE OF AN INDEMNITY BOND AND A 90 DAY WAITING PERIOD MAY BE REQUIRED BEFORE THIS CHECK WILL BE REPLACED OR REFUNDED IN THE EVENT IT IS LOST, MISPLACED OR STOLEN.

MEMORANDUM

FOR

ZEPHYR HOSPITALITY LLC