

The following constitutes the order of the Court.
Signed: April 6, 2026

_William J. Lafferty, III_

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

Zephyr Hospitality LLC ,

    Debtor.

Case No. 26-10132 WJL

Chapter 11

**Status Conference Scheduled:**
Date: April 8, 2026
Time: 10:30 a.m.
Location: 1300 Clay St., Ctrm 220/ Zoom
Oakland, CA 94612

### ORDER SETTING STATUS CONFERENCE

Debtor Zephyr Hospitality LLC ("Debtor") filed the above-captioned Chapter 11 case on March 5, 2026 [Dkt. #1]. Prior to this current case, Debtor previously filed Chapter 11 Case 25-10808, which was dismissed on January 28, 2026 for the failure to submit required documents.

Debtor filed a Motion to Extend Automatic Stay on April 1, 2026 (the "Motion to Extend Automatic Stay") [Dkt. #33], requesting that the Court extend the automatic stay to all creditors under 11 U.S.C. Section 362(c)(3)(B). The Motion appears to request an expedited hearing date before April 5, 2026, but Debtor did not contact chambers for an expedited hearing

date and did not otherwise follow the proper procedures to set an expedited hearing. *Id*. at 3. On the same day, Debtor filed the Emergency Motion to Compel Restoration of Waste Removal Service and For Sanctions (the "Motion to Compel"), seeking an order from the Court to compel Recology to restore waste removal services to Debtor's property [Dkt. #34]. The Court notes that the Motion to Compel was not set for hearing.

The Court HEREBY ORDERS that a status conference be scheduled for **April 7, 2026 at 9:30 a.m**. Appearances may be made via Zoom.

**\*\*END OF ORDER\*\***

## COURT SERVICE LIST

**Zephyr Hospitality LLC**

900 New Navy Base Road

Samoa, CA 95564

Case: 26-10132   Doc# 37   Filed: 04/06/26   Entered: 04/06/26 16:14:27   Page 3 of 3