PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN (MN SBN 310931)
ASSISTANT UNITED STATES TRUSTEE
PAUL G. LEAHY (CA SBN 320775)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Fifth Floor
San Francisco, California 94102
Telephone: (415) 705-3333
Email: *paul.leahy@usdoj.gov*

Attorneys for Peter C. Anderson,
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

In re

ZEPHYR HOSPITALITY LLC,

Debtor.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 26-10132-WJL

Chapter 11

**DECLARATION OF IANTHE DEL ROSARIO IN SUPPORT OF
UNITED STATES TRUSTEE'S MOTION FOR SUPPLEMENTAL ORDER
DIRECTING PRODUCTION OF DOCUMENTS AND EXAMINATION OF NICOLE
FRYER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

I, Ianthe del Rosario, declare and state as follows:

1.     I am a Paralegal Specialist for the United States Department of Justice, San Francisco, California Office of the United States Trustee (the "U.S. Trustee").

2.     I prepared this Declaration in support of the U.S. Trustee's Motion for Order Directing Production of Documents and Examination of Nicole Fryer Pursuant to Federal Rule of Bankruptcy Procedure 2004 in the case of Zephyr Hospitality LLC (the "Debtor") in the above-captioned chapter 11 case.

Case: 26-10132   Doc# 46   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 1 of 2

3. I have personal knowledge of the facts set forth herein. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically so state.

4. I am familiar with the record keeping practices of the U.S. Trustee in Chapter 11 cases. In Chapter 11 cases, our office corresponds with debtors and other parties. It is the regular practice of our office to place and maintain case correspondence sent to and received from debtors and other parties in an electronic case file. We also occasionally correspond with court reporting services who provide this office with transcripts and exhibits of Rule 2004 examinations and depositions.

5. The U.S. Trustee's records show that on May 6, 2026, court reporting service CRC Salomon delivered a Rule 2004 transcript to the Office of the U.S. Trustee for the April 23, 2026 Rule 2004 examination of Nicole Fryer. Accurate, true, and correct copies of excerpts of that transcript, which was delivered to the Office of the U.S. Trustee using the Justice Enterprise File Sharing System ("JEFS"), are attached as Exhibit A.

6. The U.S. Trustee's records additionally show that immediately following the Rule 2004 examination the Office of the U.S. Trustee requested Ms. Fryer provide all 10 emails, screenshots of the roughly two dozen text messages, and screenshots of the call logs of the roughly two dozen phone calls she had exchanged with Carl Ransome McKissick. In the month since, Ms. Fryer has not provided the requested documents.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in San Francisco, California on May 21, 2026.

 /s/ Ianthe del Rosario
Ianthe del Rosario
Paralegal Specialist
for the United States Trustee