# EXHIBIT A

**In the Matter of:**

**Zephyr Hospitality, Inc.**

**Case No. 26-10132**

---

**Witness:**

**Nicole Fryer**

*April 23, 2026*

---



**SALOMON**

2201 Old Court Road
Baltimore, Maryland 21208

410-821-4888
www.crcsalomon.com
crc-ustp@crcsalomon.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

- - - - - - - - - - - - - - - - -

IN RE:                          )   CASE NO. 26-10132-WJL

ZEPHYR HOSPITALITY, INC.,       )   JUDGE WILLIAM J. LAFFERTY, III

          Debtor.              )   U.S. BANKRUPTCY JUDGE

- - - - - - - - - - - - - - - - -


REMOTE BANKRUPTCY RULE 2004

EXAMINATION UNDER OATH OF

NICOLE FRYER

THURSDAY, APRIL 23, 2026

10:39 A.M. TO 2:32 P.M.


CRC SALOMON

BY: ATASHA MCKINZIE

2201 OLD COURT ROAD, BALTIMORE, MARYLAND 21208

410-821-4888

Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 3 of 21

Remote Rule 2004 Examination Under Oath of NICOLE FRYER, taken on behalf of the United States Trustee via videoconference, commencing at 10:39 a.m. Pacific Time, Thursday, April 23, 2026, before ATASHA MCKINZIE.

Case: 26-10132    Doc# 46-1    Filed: 05/21/26    Entered: 05/21/26 13:25:25    Page 4 of 21

APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE)

FOR THE UNITED STATES TRUSTEE:

OFFICE OF THE UNITED STATES TRUSTEE

PAUL G. LEAHY, TRIAL ATTORNEY

450 Golden Gate Avenue, Fifth Floor

San Francisco, CA 94102

Telephone:  (415) 705-3333

Email:  paul.leahy@usdoj.gov

Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 5 of 21

INDEX

WITNESS                                                         PAGE

NICOLE FRYER

Examination by Mr. Leahy                                          7

---oOo---

QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

PAGE     LINE

(None.)

---oOo---

Office: (410)821-4888           CRC Salomon           crc-ustp@crcsalomon.com
Fax: (410)821-4889      2201 Old Court Road, Baltimore, MD 21208      www.crcsalomon.com

Case: 26-10132    Doc# 46-1    Filed: 05/21/26    Entered: 05/21/26 13:25:25    Page 6 of
21

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|--------|-------------|------|
| Exhibit A | Order - 4 pages | 25 |
| Exhibit B | Motion - 12 pages | 36 |
| Exhibit C | Petition - 37 pages | 50 |
| Exhibit D | Petition 12/25 - 11 pages | 113 |
| Exhibit E | Emails - 12 pages | 119 |
| Exhibit F | Redwood Bank Statement - 26 pages | 127 |
| Exhibit H | Motion for Relief - 9 pages | 134 |
| Exhibit I | Motion to Extend Stay - 6 pages | 138 |
| Exhibit J | Emergency Motion - 6 pages | 140 |
| Exhibit K | Monthly Operating Report - 4 pages | 144 |
| Exhibit L | Motion to Accept Late File - 2 pages | 143 |
| Exhibit M | Motion to Accept Late File - 2 pages | 144 |

*Office: (410)821-4888*            *CRC Salomon*            *crc-ustp@crcsalomon.com*
*Fax: (410)821-4889*       *2201 Old Court Road, Baltimore, MD 21208*     *www.crcsalomon.com*
Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 7 of 21

THURSDAY, APRIL 23, 2026; 10:39 A.M.

---oOo---

COURT REPORTER:  Thank you.  Today's date is April 23, 2026.  The time is now 10:39 a.m. Pacific Time.  We are now on the record.  This Rule 2004 Examination is being taken before a court reporter who is not in the same location as the witness.  I therefore request that the parties stipulate that this examination may be taken remotely before this court reporter, with the same effect as under Federal Rules of Bankruptcy Procedure 7029 and 9014.  Mr. Leahy?

MR. LEAHY:  So stipulated.

COURT REPORTER:  Thank you.  And then Ms. Fryer?

MS. FRYER:  Yes.

COURT REPORTER:  Thank you.  And then may I have you raise your right hand so I can swear you in, please.  Thank you.

Whereupon,

NICOLE FRYER,

having been duly sworn, was examined and testified as follows:

COURT REPORTER:  Thank you.  May I have you state your full name for the record please?

**THE WITNESS:  Nicole Real (phonetic) Fryer.**

COURT REPORTER:  Thank you.  Mr. Leahy, your witness.

MR. LEAHY:  Thank you, Ms. Mckinzie.

Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 8 of 21

return with the Internal Revenue Service?

A.   For myself personally or for Zephyr Hospitality?

Q.   Let's take those one at a time.  Let's begin with you personally.

A.   Myself personally, the last time I filed my own personal taxes, I believe was 2024.  That was the last time.

Q.   And what about Zephyr Hospitality?

A.   We have not filed yet.  No.

Q.   Remind me, when was Zephyr Hospitality organized?

A.   It was organized in 2024.  I believe it was February 7, 2024.

Q.   And you have filed a personal return for 2020 -- for tax year 2024; is that correct?

A.   I believe I did.  I'm fairly certain.  I'd have to go back and look in my records, but I believe 2024 was the last time I did file taxes.  Yes.

Q.   And what about -- did you definitely file your 2023 tax return?

A.   Yeah, absolutely.

Q.   We may request your personal -- your most recent personal return.

A.   Yeah, absolutely.  I have that available for you at any point.

Q.   Thank you.

A.   Uh-huh.

Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 9 of 21

BY MR. LEAHY:

Q.   Turning your -- directing your attention to paragraph I, the U.S. Trustee requests that you provide a list of any and all parties that have assisted you in the preparation or filing of any document used in these bankruptcy cases, including the name, telephone number, address, fax number, email address, and website for those parties.  Have you provided that list to the Office of the U.S. Trustee?

**A.   I mean, they were in the bankruptcy case.  I just kind of assumed, and I apologize if I was wrong, I just assumed that that was all documents that were all just kind of transferred over.**

Q.   Well, again, I'll restate the question, Ms. Fryer. Did you provide a list of any and all parties that assisted you, Nicole Fryer --

**A.   Oh, yeah, yeah.**

Q.   -- in the preparation or filing of documents that were used in this bankruptcy case, such as the petition, schedules, statement of financial affairs, other required bankruptcy documents?

**A.   Yeah, I believe that Carl should have been, Carl McKissick should have been on that list as far as who was helping me get these documents prepared for bankruptcy.**

Q.   What list are you referring to?

**A.   I, again, I don't -- I know -- no, I'm not gonna lie.**

Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 10 of 21

I don't know.  I just assumed that Carl had everything together for that as far as like the bankruptcy cases.  I just assumed that everything was already in the filing, so I just didn't think that you needed any more information, so I apologize if I was wrong.  Just, again, I'm just trying to make this work, sir.  I apologize.

Q.    And Carl McKissick, that's Carl Ransom McKissick, correct?

A.    Yeah.  Yep.

Q.    And you provided that name in an email to the Office of the U.S. Trustee, correct?

A.    Yes, I did.

Q.    But did you provide his address, telephone number, fax number, email address, and website?

A.    I don't believe so.  I just -- I thought that every -- whatever was on the filings, I just assumed that was sufficient enough for the courts.  So whatever he has given me, I assume that what is what he had put in the filing, so I just assumed everything was good.

Q.    Okay.  Was there a telephone number that you contacted Mr. McKissick at?

A.    Yes.

Q.    What is that telephone number?

A.    One second, I will look that up for you.

Q.    Are you refreshing your recollection by consulting

Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 11
of 21

with your mobile phone?

A. Yeah. Okay?

Q. It's quite all right, I just want to make sure the record is clear.

A. Okay. Thank you. Sorry, yeah, I'm gonna look at my phone. So yes, let me just check my phone really quick so I can make sure that we give the correct information. The phone number that I have is (408)690-4830.

Q. All right. And was there a fax number at which you communicated with Mr. McKissick?

A. No, we did -- so what he did was he would like overnight the documents to me. I would overnight them back to him, and then he would walk them in Court for this first initial filing. Everything else I did on my own.

Q. Was there an email address at which you corresponded with Mr. McKissick?

A. Yes, if you -- could I just check my --

Q. Go right on ahead, yeah. I'll just ask you to confirm you're consulting again with your mobile phone directory.

A. Yeah. I'm gonna check my emails real quick; is that cool?

Q. Okay.

A. Thank you.

Q. Go right on ahead.

*Office: (410)821-4888*        *CRC Salomon*        *crc-ustp@crcsalomon.com*
*Fax: (410)821-4889*        *2201 Old Court Road, Baltimore, MD 21208*        *www.crcsalomon.com*

Case: 26-10132    Doc# 46-1    Filed: 05/21/26    Entered: 05/21/26 13:25:25    Page 12
of 21

A. Thank you. Thank you. So yeah, so the email that I used for him was lowcostlegaldocuments@gmail.com.

Q. Okay. And was there any other email address at which you corresponded with Mr. McKissick?

A. No, sir. No.

Q. Was there a website that you -- did -- does Mr. McKissick maintain a website that you -- you know, that you found, that -- you know, when looking for his services, so that you consulted after retain -- after working with him?

A. No, I don't believe so. I just kind of got him from like word of mouth, from another friend of mine up here.

Q. Okay. Who was the friend? What was their name?

A. The friend, Dave Mosier.

Q. And could you spell the last name for me?

A. M-O-S-I-E-R.

Q. Do you have any idea of the relationship between Mr. Mosier --

A. I don't.

Q. -- and Mr. McKissick?

A. I don't.

Q. Apart from Mr. McKissick, had anyone else assisted you in the preparation or filing of any of the documents that were filed in these bankruptcy cases?

A. No.

Q. Okay. Is it safe to say that in response to the

Case: 26-10132    Doc# 46-1    Filed: 05/21/26    Entered: 05/21/26 13:25:25    Page 13
of 21

Office of the U.S. Trustee's request appearing at Paragraph J that Zephyr Hospitality, LLC consulted the same individual and didn't -- did not consult with any other individuals other than Mr. McKissick?

A.   That's correct.  Yep.

Q.   Ms. Fryer, did you provide a -- did you provide to the Office of the U.S. Trustee, in connection with Paragraph K, a list of any and all payments that you, Nicole Fryer, had made to any persons for bankruptcy assistance during the period January 1, 2024, to the present?

A.   I believe I did.  I believe I sent you the list.  I told you that Carl helped me both in December of '25 and again in March of '26.

Q.   All right.  Thank you.  And those were payments made by Zephyr Hospitality, LLC, correct?

A.   Yes.

Q.   So that would be -- that would have been in connection with Paragraph L, correct?  Provide a list of any and all payments made by Debtor, Debtor being Zephyr Hospitality, LLC, to any persons for bankruptcy assistance?

A.   Yes.

Q.   Okay.  But in regards to you personally, Ms. Fryer, did you make any payments to any persons for bankruptcy assistance?

A.   No, not -- just Carl.

Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 14 of 21

Q.    Okay.  And when you say just Carl, you mean -- do you mean you, Nicole Fryer, paid Mr. McKissick, or was it Zephyr Hospitality, LLC that paid Mr. McKissick?

A.    I want to say that, to the best of my knowledge, I want to say that back in December, because of everything going on, the bank -- with the MCAs holding and putting like weird things on my banking, I had to, in order to keep -- like, in order to be able to get things in motion.

I believe I may have had to pay from my personal account, from Wells Fargo, but I'm not sure.  So I do have to go back if -- I don't think that -- if it didn't show up in the bank statements that you had seen from the previous before the robbery, and I may have had to do that through my personal account, and if that's the case, I have no qualms showing that to the courts.

Q.    Well, the Office of the U.S. Trustee will request and we'll go through your bank -- the bank statements you did provide for Zephyr Hospitality --

A.    Okay.  Yeah.

Q.    -- later this morning or early -- early in the afternoon as we go forward here.

A.    Okay.

Q.    But to the extent that there is a personal bank statement that reflects a payment by you to Mr. Carl Ransom McKissick anytime between January 2024 to the present, the

*Office: (410)821-4888*              *CRC Salomon*              *crc-ustp@crcsalomon.com*
*Fax: (410)821-4889*        *2201 Old Court Road, Baltimore, MD 21208*        *www.crcsalomon.com*
Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 15
of 21

Office of the U.S. Trustee would request that you provide that statement to our office.

A.   Okay.  Yeah.  No problem.

Q.   Only a few more here, Ms. Fryer, in terms of this document.  We have quite a few other documents to go so -- but in regards to paragraph M, did you provide a list of any and all payments that you had made to any persons for representation in the eviction proceeding that were made for the period January 1, 2024, to the present?

A.   That's to the best of my knowledge I did, yes.

Q.   Okay.  And when you say you did, you indicate -- is it the case that you indicate that you had not made any payments to anyone in connection with the eviction proceeding?

A.   That's correct.  Yeah, I didn't pay any money to anybody.  I didn't have a lawyer representing me in the original eviction proceedings, no.  That's correct.

Q.   Okay.  That's as to you, Nicole Real Fryer, personally, correct?

A.   Yes.  Both myself and the company itself.  I didn't have anybody represent any of us, nothing, no.

Q.   Okay.  Thank you.  I think that takes care of that paragraph N as well.  As to paragraph O, did you provide copies of any and all promotional or marketing documents for any person or entity that provided you with bankruptcy or eviction services?  Did you provide any marketing documents that you've

Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 16
of 21

plugged in was from me personally.

Q. And how did you provide that information to him.

A. Via telephone.

Q. Okay. Ms. Fryer, I am gonna note, again, Paul Leahy, for the Office U.S. Trustee, we are requesting all correspondence you had --

A. Okay.

Q. -- all email correspondence that you had and that you sent or received from Low Cost Legal Documents at Gmail.com.

A. Okay.

Q. So please provide all such documents.

A. Yep.

Q. So other than Mr. McKissick, did anyone else prepare this Petition, Schedules, and Statement of Financial Affairs that were filed in this bankruptcy case, Ms. Fryer?

A. No. No.

Q. Did you prepare any of these documents? You didn't prepare the voluntary petition, correct?

A. This I did not prepare myself personally, no. I just gave him the information and he plugged it in.

Q. Okay. What about the Summary of Assets and Liabilities for a Non-Individual? Did you prepare this document?

A. No. It was all -- he helped me with all of that.

Q. Okay. And is the same true of the Schedule A/B --

Office: (410)821-4888                    CRC Salomon            crc-ustp@crcsalomon.com
Fax: (410)821-4889        2201 Old Court Road, Baltimore, MD 21208      www.crcsalomon.com
Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 17
of 21

provide?

A.    Just the list of basically who I owe money to, a list of creditors.  And that was it.  Again, I can forward you the email, the whole thread, so you can take a look.  But at the end of the day, all he asked me for was who -- we needed, like, the top 20 creditors that I owed money to, but I don't even owe 20 creditors money, I don't believe, to my knowledge.  But I just listed everybody I owe money to for him to put onto that filing.  That's it.  So everybody could get notice that I've filed and to please just, you know, stop taking money from me so I can reorganize.

Q.    And when you say "you" just now, you're referring to Zephyr Hospitality, LLC, correct?

A.    Yes, correct.  Zephyr Hospitality, sir, yes.

Q.    How did you interact with Mr. McKissick?  I mean, it sounds as though there were some emails, correct?

A.    Yep.  Emails, text messages, and phone calls.

Q.    Okay.  And approximately how many emails were exchanged?

A.    I can let you know right now.  Since the -- since December 10th, there are 10 emails that I have with him.

Q.    Okay.  And that's all the emails you've ever had with Mr. McKissick, correct?  Just those 10 emails?

A.    Yep.

Q.    Now what about text messages?  Approximately how many

*Office: (410)821-4888*          *CRC Salomon*          *crc-ustp@crcsalomon.com*
*Fax: (410)821-4889*     *2201 Old Court Road, Baltimore, MD 21208*     *www.crcsalomon.com*
Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 18
of 21

Proceedings on 04/23/2026                                          Page 99

text messages are there?

A. Let me pull it real quick. A couple dozen.

Q. I'm sorry. There was a couple dozen?

A. Yeah. Like yeah, a couple dozen.

Q. So fair to say approximately 24?

A. Yeah. Yeah. Give or take a few.

Q. Okay. What about -- and then apart from the texts and emails --

A. Uh-huh.

Q. -- were there any other written communications that you both exchanged?

A. No.

Q. But you did provide the bankruptcy Petition and Schedules and other documents sent him through the mail?

A. Yep. It's all an email thread. It's all in black and white. For -- yes. It's all in the email.

Q. But you actually sent the physical bankruptcy pleadings for him to file via U.S. mail? Was that your testimony earlier?

A. So what happened was he prepared the documents. He sent them to me. I signed where I need to sign and then overnighted them back to him. And then he walked them into the court to file.

Q. Okay. But apart from those -- apart from you overnighting those documents to Mr. McKissick, did you have any

*Office: (410)821-4888*              *CRC Salomon*              *crc-ustp@crcsalomon.com*
*Fax: (410)821-4889*     *2201 Old Court Road, Baltimore, MD 21208*     *www.crcsalomon.com*
Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 19 of 21

other traditional U.S. communications?

A.    No.   That's it.

Q.    And approximately how many telephone calls did you have with Mr. McKissick?

A.    Maybe same thing.   Maybe a couple dozen at best.

Q.    And what about -- did you have any Zoom or Microsoft Teams sessions with him or anything like that?

A.    No.   No.

Q.    So no kind of remote video conference like we're having right now?

A.    Uh-huh.   No, nothing like that.

Q.    So again, the Office of the U.S. Trustee is going to request all the email correspondence that you had with Mr. McKissick, all 10 of those emails --

A.    Yeah.

Q.    We'll request screenshots of all the text messages that you had with him.

A.    Okay.

Q.    Your phone has that ability, correct?

A.    Absolutely.   100 percent.

Q.    Okay.   So please send us the screenshots of those text messages.

A.    Absolutely.

Q.    And then does -- does your phone have a call log?

A.    Yeah, yeah, it does.

Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 20 of 21

Q.   Okay.  Would you be able to provide the Office of the U.S. Trustee with screenshots of the call log reflecting all calls with Mr. McKissick?

**A.   Yeah, I should be able to do that.  Yes.**

Q.   Okay.  Please do so.

**A.   Yes.  Yep.  To the -- yes.  As much as I can give you guys, I'm like, listen, I'm 100 percent transparent here.  I'm not -- you know, I'm just trying to stay in the business, man, that's all I'm trying to do.**

Q.   Do you ever visit a storefront or physical brick and mortar address to meet Mr. McKissick?

**A.   No.**

Q.   Have you ever met Mr. McKissick in person?

**A.   Nope.  Wouldn't know him if I bumped into him in the alleyway.  No idea what he looks like.**

Q.   And was it just the two payments of $150 that Mr. McKissick charged you?

**A.   Yes.**

Q.   And the second payment was made out of the Debtor's -- Debtor being Zephyr Hospitality, LLC, out of its bank account, correct, $150?

**A.   Yep.**

Q.   In early March?

**A.   Yep.**

Q.   And is the -- I mean, do you know as you sit here

Case: 26-10132   Doc# 46-1   Filed: 05/21/26   Entered: 05/21/26 13:25:25   Page 21 of 21