PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN (MN SBN 310931)
ASSISTANT UNITED STATES TRUSTEE
PAUL G. LEAHY (CA SBN 320775)
TRIAL ATTORNEY
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, Fifth Floor
San Francisco, California 94102
Telephone: (415) 705-3333
Email: *paul.leahy@usdoj.gov*

Attorneys for Peter C. Anderson,
United States Trustee for Region 17

**The following constitutes the order of the Court.**
**Signed: May 26, 2026**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

In re

ZEPHYR HOSPITALITY LLC,

Debtor.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 26-10132-WJL

Chapter 11

## ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR SUPPLEMENTAL ORDER DIRECTING PRODUCTION OF DOCUMENTS AND EXAMINATION OF NICOLE FRYER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon consideration of the United States Trustee's ("U.S. Trustee") Motion for Supplemental Order Directing Production of Documents and Examination Under Federal Rule of Bankruptcy Procedure 2004(a) (ECF No. 45), and good cause appearing, IT IS ORDERED THAT:

1.      The Motion is GRANTED.

2.      Nicole Fryer shall produce documents as set forth in Attachment A to the Motion to the attention of Trial Attorney Paul Leahy electronically via email to Paul.Leahy@usdoj.gov

1

ORDER FOR RULE 2004 EXAM AND TO PRODUCE DOCUMENTS – 26-10132

so as to be **received on or before June 5, 2026** or at another time mutually agreeable to Nicole Fryer and the U.S. Trustee.

     3.    The U.S. Trustee is authorized to examine Nicole Fryer under oath and recorded by a court reporter, pursuant to Bankruptcy Rule 2004 on **June 23, 2026 at 10:00 a.m.**, or at a date and time mutually agreed upon by the U.S. Trustee and Nicole Fryer. The U.S. Trustee is authorized to examine Nicole Fryer either remotely via a video-conference link to be provided by the court reporter service or in person, if necessary, at the U.S. Trustee San Francisco or San Jose Field Offices under oath and recorded by a court reporter pursuant to Bankruptcy Rule 2004 as more fully set forth in Attachment A. The location, date and time of the examination may be re-scheduled as may be agreed to in writing by the U.S. Trustee and **Nicole Fryer**. The Rule 2004 Examination may be continued by the U.S. Trustee until completed.

***END OF ORDER***

Case: 26-10132   Doc# 49   Filed: 05/26/26   Entered: 05/26/26 14:36:43   Page 2 of 3

<u>COURT SERVICE LIST</u>

ECF Participants.

Nicole Fryer
900 New Navy Base Road
Samoa, CA 95564

Nicole Fryer
2234 Union Street
Eureka, CA 95501

3

ORDER FOR RULE 2004 EXAM AND TO PRODUCE DOCUMENTS – 26-10132