# Notice Recipients

District/Off: 0971−1      User: admin      Date Created: 5/26/2026

Case: 26−10132      Form ID: pdfeoc      Total: 3

**Recipients of Notice of Electronic Filing:**

ust      Office of the U.S. Trustee / SR      USTPRegion17.SF.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

Nicole Fryer      900 New Navy Base Road      Samoa, CA 95564

Nicole Fryer      2234 Union Street      Eureka, CA 95501

TOTAL: 2