ROBERT N. BLACK, ESQ. (SBN 70178)
CITY ATTORNEY (*rblack@eurekaca.gov*)
GREGORY M. HOLTZ, ESQ. (SBN 293380)
DEPUTY CITY ATTORNEY (*gholtz@eurekaca.gov*)
City of Eureka
531 K Street
Eureka, CA 95501
Telephone: (707) 441-4174

Attorneys for the City of Eureka

The following constitutes the order of the Court.
Signed: May 28, 2026

_____

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br><br>ZEPHYR HOSPITALITY, LLC,<br>     Debtor. | Case No. 26-10132<br><br>Chapter 11<br><br>**ORDER GRANTING IN REM RELIEF FROM STAY**<br><br>Case Filed:    March 5, 2026<br>Hearing Date:  May 5, 2026<br>Hearing Time: 9:30 a.m.<br>Place:   U.S. Courthouse<br>3140 Boeing Boulevard<br>McKinleyville, CA 95519<br><br> Hon. William H. Lafferty |

The City of Eureka (City)'s motion for Relief from Stay (ECF No. 23) came on for hearing before this Court on May 5, 2026, at 9:30 a.m. Gregory M. Holtz appeared for the City of Eureka. There were no other appearances. For the reasons stated on the record, and in compliance with 11 U.S.C. § 362(d)(4), the Court grants the motion.

IT IS HEREBY ORDERED:

The Movant is granted in rem relief from the automatic stay as to the real property commonly known as 900 New Navy Base Road, Samoa, CA 95564 (Property) based upon the findings that the

---

ORDER GRANTING CITY OF EUREKA'S MOT. RFS– Page 1

City's claim is secured by an interest in the Property, and that pursuant to 11 U.S.C. § 362(d)(4), the filing of the Debtor's petition was part of a scheme to delay, hinder, or defraud creditors; and it is further

ORDERED: In accordance with 11 U.S.C. § 362(d)(4), if this Order is recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in any other case under this title purporting to affect such real property filed not later than two years after the date of the entry of this Order, except that the Debtor in a subsequent case under this title may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and hearing, *see* 11 U.S.C. § 102(1). Any Federal, State or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

**END OF ORDER.**

Case: 26-10132   Doc# 50   Filed: 05/28/26   Entered: 05/28/26 16:06:24   Page 2 of 3

COURT SERVICE LIST

Zephyr Hospitality LLC
900 New Navy Base Road
Samoa, CA 95564

Case: 26-10132    Doc# 50    Filed: 05/28/26    Entered: 05/28/26 16:06:24    Page 3 of 3